IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )   CR125-059 |
| | ) |
| ALEXANDER PAUL TRAVIS | ) |

PLEA TO FELONY INFORMATION

The Defendant, ALEXANDER PAUL TRAVIS, having waived indictment in open court, and with the consent of the Court, hereby enters a plea of Guilty to Count One of the Information.

This 13th day of November, 2025.

_____
ALEXANDER PAUL TRAVIS, Defendant

_____
D. BROOKS K. HUDSON,
Attorney for Defendant