**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **1:25-CR-59** |
| | ) | |
| **ALEXANDER PAUL TRAVIS** | ) | |
| | ) | |

**MOTION TO APPROVE PRELIMINARY ORDER OF FORFEITURE**

COMES NOW the United States of America, by and through Margaret E. Heap, the United States Attorney for the Southern District of Georgia and Assistant United States Attorney L. Alexander Hamner and respectfully requests that this Court approve the attached Preliminary Order of Forfeiture.

This 9th day of December 2025.

Respectfully submitted,

MARGARET E. HEAP
UNITED STATES ATTORNEY

*/s/ L. Alexander Hamner*
L. Alexander Hamner
Assistant United States Attorney
Indiana Bar. No. 31996-41

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422
alex.hamner@usdoj.gov